■ (A) HOME ALUMINUM PRODUCTS COMPANY, INC., Respondent, v. ENRICO CIACCI, Appellant. (B) TOWN OF GREENBURGH, Appellant, v. BOBANDAL REALTIES, INC., et al., Respondents.— [In each action] Motion by respondent[s] to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before April 3, 1961. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ GEORGE HOPE, Appellant, v. NICHOLAS DI MENNA & SONS, INC., Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of JOHN T. CONLAN, Petitioner, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Motion by petitioner to dispense with printing in an article 78 proceeding transferred to this court for disposition, by order of the Supreme Court, Kings County. Motion granted. The proceeding will be heard on the original papers (including the typewritten minutes), and on petitioner's typewritten brief which shall include the opinion, if any, rendered by respondent and its hearing officers. The petitioner is directed to file six copies of his typewritten brief and to serve one copy on the respondent. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of JOSEPHINE DAGGRES, Respondent, v. EARNEST DAGGRES, Appellant.— On the call of the calendar, appeal dismissed and stay heretofore granted January 31, 1961, vacated; there being no appearance for appellant and appellant having failed to comply with the order of this court, dated January 31, 1961, requiring him to perfect his appeal for the March 1961 Term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■ In the Matter of the Estate of EVA K. GREENE, Also Known as EVA KRISCH, Deceased. ALFRED GREENE, Appellant; WILLIAM S. HERRMANN, JR., et al., Respondents.— Motion by petitioner to compel the respondents to accept his notice of appeal either from the decree of the Surrogate's Court, Westchester County, made on November 1, 1960 or from the decree made on February 1, 1961, resettling the prior decree, granted with respect to the notice of appeal from the decree of February 1, 1961. This later decree superseded the earlier one. Cross motions by respondents to dismiss petitioner's notices of appeal from both decrees granted with respect to the first decree and denied with respect to the second decree. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.